IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOHONIA M. MARTIN,

        Plaintiff,                    No. CIV 11-3294 MCE EFB PS

        vs.

WELLS FARGO BANK,

        Defendant.                FINDINGS AND RECOMMENDATIONS

                              /

      This action, in which plaintiff is proceeding *in propria persona* and *in forma pauperis*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On March 6, 2012, the court dismissed plaintiff's complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2). Dckt. No. 3. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.

      The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

1

1   Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice,
2   and that the Clerk be directed to close this case. Fed. R. Civ. P. 41(b); L.R. 110.
3   These findings and recommendations are submitted to the United States District Judge assigned
4   to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being
5   served with these findings and recommendations, any party may file written objections with the court
6   and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate
7   Judge's Findings and Recommendations." Failure to file objections within the specified time may waive
8   the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998);
9   *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 18, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE